UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:06-cr-00004-JAW |
| | ) | |
| RICHARD J. THOMAS | ) | |

**ORDER ON REQUEST FOR EARLY TERMINATION
OF SUPERVISED RELEASE**

On January 21, 2014, Richard Thomas moved for early termination of his supervised release. (ECF No. 260). Mr. Thomas has demonstrated no valid reason for the early termination of his supervised release. He claims that he finds it onerous to comply with probation conditions, but he acknowledges that he is on less restricted supervision and the major requirement is a monthly written report to the Probation Office. Given the nature of Mr. Thomas' crime (the refusal to pay income taxes for a variety of frivolous reasons), his deliberate efforts to conceal his income by the use of a shell corporation in Nevada, his stubborn refusal to cooperate with the federal investigation, including an appeal in 2004 to the First Circuit Court of Appeals, which it characterized as so frivolous that it sanctioned him, his unsuccessful appeal to the First Circuit of the Court's supervised release condition that he file delinquent tax returns and pay back taxes, and his consistent position throughout his case that he was above the law, all militate strongly against his early release from conditions of supervised release. As the Government noted in its

response to the earlier motion, continued supervision will assure that Mr. Thomas files his income tax returns in a timely fashion and pay any required tax.

The Court DENIES Richard Thomas' Request for Early Termination of Supervised Release (ECF No. 260).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 28th day of January, 2014